

Gretchen Freeman Cappio (*pro hac vice*)
KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3400
Seattle, WA 98101
Phone: (206) 623-1900
Fax: (206) 623-3384
gcappio@kellerrohrback.com

*Chair of the Governmental Entities Committee and Counsel for Anne Arundel County, Maryland*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re: KIA HYUNDAI VEHICLE THEFT MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br><br>*Anne Arundel County, Maryland v. Hyundai Motor Company, Hyundai Motor America, Kia Corporation, and Kia America, Inc.* (8:23-cv-01998-JVS-KES) | Case No. 8:22-ML-3052-JVS(KESx)<br><br>The Honorable James V. Selna<br><br>**JOINT STIPULATION RE VOLUNTARY DISMISSAL WITH PREJUDICE OF ANNE ARUNDEL COUNTY, MARYLAND** |

Plaintiff Anne Arundel County, Maryland ("Plaintiff") and Defendants Hyundai Motor America and Kia America, Inc. ("Defendants") hereby stipulate and agree to the following:

1. WHEREAS, on October 24, 2023, Plaintiff City of Anne Arundel County, Maryland filed suit against Defendants HMA and KA and their parent

companies, Hyundai Motor Company and Kia Corporation, in the U.S. District Court for the Central District of California;

2. WHEREAS, on October 2, 2025, Anne Arundel County notified its counsel of its intent to dismiss all claims that it brought or could have brought regarding the matters alleged in its complaint, against HMA, KA, HMC and KC, with prejudice, permanently resolving such claims;

3. WHEREAS, on that same day, the County's counsel advised Defendants' counsel of the same; and

4. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Anne Arundel County, Maryland's claims are dismissed in their entirety, with prejudice, with each party to bear its own attorneys' fees and costs.

DATED: October 2, 2025

By *<u>/s/ Gretchen Freeman Cappio</u>*
Gretchen Freeman Cappio (pro hac vice)
KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3400
Seattle, WA 98101-3052
Telephone: (206) 623-1900
Facsimile: (206) 623-3384
gcappio@kellerrohrback.com

*Chair of the Governmental Entities Committee and Counsel for Anne Arundel County, Maryland*

DATED: October 2, 2025

ANNE ARUNDEL COUNTY, MARYLAND

By *<u>/s/ Gregory J. Swain</u>*
Gregory J. Swain (pro hac vice)
County Attorney

*<u>/s/ Hamilton F. Tyler</u>*

Hamilton F. Tyler (pro hac vice)
Deputy County Attorney
Anne Arundel County Office of Law
2660 Riva Road, 4th Floor Annapolis, Maryland, 21401
Tel: (410) 222-7888 Fax: (410) 222-7835
gregory.swain@aacounty.org
htyler@aacounty.org

*Counsel for Anne Arundel County, Maryland*

DATED: October 2, 2025

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By */s/ Steven G. Madison*

Steven G. Madison (SBN: 101006)
Justin C. Griffin (SBN: 234675)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443 3000
Facsimile: (213) 443 3100
stevemadison@quinnemanuel.com
justingriffin@quinnemanuel.com

*Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

I certify that on October 2, 2025, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

*<u>/s/ Gretchen Freeman Cappio</u>*
GRETCHEN FREEMAN CAPPIO

**FILER'S ATTESTATION**

Pursuant to C.D. Cal. L.R. 5-4.3.4(a)(2)(i), I, Gretchen Freeman Cappio, attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

*/s/ Gretchen Freeman Cappio*
GRETCHEN FREEMAN CAPPIO